B9A (Official Form 9A) (Chapter 7 Individual or Joint Debtor No Asset Case) (12/11)   Case Number 14−55637−jrs

UNITED STATES BANKRUPTCY COURT Northern District of Georgia

## Notice of
## Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines

A bankruptcy case concerning the debtor(s) listed below was originally filed under chapter 13 on 3/19/14 and was converted to a case under chapter 7 on 7/21/14.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

### See Reverse Side For Important Explanations

Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Kevin Edwards
aka Kevin C. Edwards, aka Kevin Edwards, aka Kevin Christopher Edwards
270 17TH STREET UNIT 3904
Atlanta, GA 30363

| | |
|---|---|
| Case Number:<br>14−55637−jrs | Social Security / Individual Taxpayer ID / Employer Tax ID / Other nos:<br>xxx−xx−4562 |
| Attorney for Debtor(s) (name and address):<br>Leonard R. Medley III<br>Medley & Associates, LLC<br>Suite 1770 – Bldg. 2<br>2727 Paces Ferry Road<br>Atlanta, GA 30339<br>Telephone number: (770) 319−7592 | Bankruptcy Trustee (name and address):<br>Robert Trauner<br>Suite 700<br>1 Glenlake Parkway, NE<br>Atlanta, GA 30328−3496<br>Telephone number: (678) 638−6397 |

### Meeting of Creditors
Date: **August 25, 2014**                                                                  Time: **02:30 PM**
Location: **Third Floor − Room 367, Russell Federal Building, 75 Spring Street SW, Atlanta, GA 30303**

**NOTICE TO DEBTOR(S):** Individuals who file bankruptcy must bring two forms of original documentation to their meeting of creditors: photo identification (driver's license, government ID, state photo ID, student ID, U.S. passport, military ID, or resident alien card) and confirmation of their social security number. **Additionally, you must provide the trustee whose name appears above with a copy of your most recently filed income tax return. This should be provided at least 7 days before the meeting of creditors. DO NOT FILE YOUR TAX RETURN WITH THE COURT. Please bring a copy of this notice with you to the Meeting of Creditors. Cellular phones and other devices with cameras will NOT be allowed beyond security checkpoints.**

### Presumption of Abuse under 11 U.S.C. § 707(b)
*See "Presumption of Abuse" on reverse side.*

The presumption of abuse does not arise.

### Deadlines:
Papers must be *received* by the bankruptcy clerk's office by the following deadlines:
**Deadline to Object to Debtor's Discharge or to Challenge Dischargeability of Certain Debts: 10/24/14**

### Deadline to Object to Exemptions:
Thirty (30) days after the *conclusion* of the meeting of creditors.

### Creditors May Not Take Certain Actions:
In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

### Please Do Not File a Proof of Claim Unless You Receive a Notice To Do So.

### Creditor with a Foreign Address:
A creditor to whom this notice is sent at a foreign address should read the information under "Do Not File a Proof of Claim at This Time" on the reverse side.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>1340 Russell Federal Building<br>75 Spring Street, SW<br>Atlanta, GA 30303<br>Telephone number: 404−215−1000 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>M. Regina Thomas<br>See our website: www.ganb.uscourts.gov |

| Hours Open: Monday – Friday 8:00 AM – 4:00 PM | Date: 7/22/14 |

Case 14-55637-jrs    Doc 31    Filed 07/24/14    Entered 07/25/14 01:55:28    Desc Imaged
Certificate of Notice    Page 2 of 6

**EXPLANATIONS**          B9A (Official Form 9A) (12/11)

| | |
|---|---|
| Filing of Chapter 7 Bankruptcy Case | A bankruptcy case under Chapter 7 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. |
| **Legal Advice** | Neither the Court nor the staff of the bankruptcy clerk's office can give you legal advice. You may want to consult an attorney to protect your rights. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code §362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Presumption of Abuse | If the presumption of abuse arises, creditors may have the right to file a motion to dismiss the case under § 707(b) of the Bankruptcy Code. The debtor may rebut the presumption by showing special circumstances. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date specified in a notice filed with the court. |
| Do Not File a Proof of Claim at This Time | There does not appear to be any property available to the trustee to pay creditors. *You therefore should not file a proof of claim at this time.* If it later appears that assets are available to pay creditors, you will be sent another notice telling you that you may file a proof of claim, and telling you the deadline for filing your proof of claim. If this notice is mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. |
| Discharge of Debts | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that the debtor is not entitled to receive a discharge under Bankruptcy Code §727(a) *or* that a debt owed to you is not dischargeable under Bankruptcy Code §523(a)(2), (4), or (6), you must file a complaint –– or a motion if you assert the discharge should be denied under §727(a)(8) or (a)(9) –– in the bankruptcy clerk's office by the "Deadline to Object to Debtor's Discharge or to Challenge the Dischargeability of Certain Debts" listed on the front of this form. The bankruptcy clerk's office must receive the complaint or motion and any required filing fee by that deadline. |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objections by the "Deadline to Object to Exemptions" listed on the front side. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all papers filed, including the list of the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office. (See below for additional information regarding telephone and internet access to Bankruptcy Court records). See our website: www.ganb.uscourts.gov |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |

## Refer to Other Side for Important Deadlines and Notices

An automated response for further information on this case is available 24 hours daily by calling the Multi−Court Voice Case Information System (MCVCIS) toll free number 866−222−8029, selecting your language, and then pressing 18 to access the Georgia Northern Bankruptcy Court. Please have the case number, social security number or debtor name available when calling.

For case information you may choose to visit the Bankruptcy Court locations to view case information for free. Case information may be printed for 10 cents per page. Members of the bar and the public may access Court records at any time, by obtaining an account with the PACER (Public Access to Court Electronic Records) Service Center (800−676−6856). PACER access is available via the Internet, days, night and weekends. The

cost to use PACER is ten (10) cents per page up to a maximum of $3.00 per document. A statement will be generated and mailed for your account, if you have accrued charges during the quarter and have a balance due greater than $15. If your balance is less than $15, no statement will be mailed and payment will be deferred until the balance due is greater than $15. The statement will only include the total amount due.

United States Bankruptcy Court
Northern District of Georgia

In re:
Kevin Edwards
    Debtor

Case No. 14-55637-jrs
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 113E-9     User: asb     Page 1 of 2     Date Rcvd: Jul 22, 2014
                            Form ID: b9a     Total Noticed: 25

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 24, 2014.

```
db             +Kevin Edwards,    270 17TH STREET UNIT 3904,     Atlanta, GA 30363-1226
aty            +Paul J. Morochnik,    Weissmann Zucker Euster Morochnik P.C.,    One Securities Center - Suite 650,
                 3490 Piedmont Road,    Atlanta, GA 30305-1743
tr             +Robert Trauner,    Suite 700,    1 Glenlake Parkway, NE,    Atlanta, GA  30328-3496
17994320       +AMERICAN FINANCIAL MAN,    3715 N VENTURA DR,    ARLINGTON HEIGHTS, IL 60004-7696
17994323       +CREDIT UNION OF ATLANTA,    670 METROPOLITAN PARKWAY,    Atlanta, GA 30310-2058
17994322       +Credit Union of Atlanta,    Paul J. Morochnik,    3490 Piedmont Road, Suite 650,
                 Atlanta, GA 30305-1743
18215555       +ECMC,    PO BOX 16408,    ST PAUL, MN 55116-0408
18052849       +Ford Motor Credit Company,    c/o MacDowell & Associates, Ltd.,    P.O. Box 450849,
                 Atlanta, GA 31145-0849
17994325       +Fremont Investment & Loan,    ATTN: BANKRUPTCY,    PO BOX 24738,    WEST PALM BEACH, FL 33416-4738
18241500       +Midland Credit Management, Inc.,    as agent for MIDLAND FUNDING LLC,    PO Box 2011,
                 Warren, MI 48090-2011
17994328       +PAUL MOROCHNIK,    3490 PIEDMONT RD STE 650,    Atlanta, GA 30305-1743
18265917       +R&D Consulting, Inc.,    ROBERT T. HOLLINGER, Reg Agent,    9448 Brookline Ave.,
                 Baton Rouge LA 70809-1428
18265918       +The Kane Kompany Inc.,    Gary M. Kane, Reg Agent,    107 Ben Franklin Dr,
                 Youngsville LA 70592-6318
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
aty             E-mail/Text: leonard@mkalaw.com Jul 22 2014 21:16:33      Leonard R. Medley, III,
                 Medley & Associates, LLC,    Suite 1770 - Bldg. 2,    2727 Paces Ferry Road,    Atlanta, GA  30339
tr             +E-mail/Text: bnc@13trusteeatlanta.com Jul 22 2014 21:16:38      Adam M. Goodman,
                 Adam M. Goodman, 13 Trustee,    Suite 200,    260 Peachtree Street,    Atlanta, GA 30303-1236
ust            +E-mail/Text: ustpregion21.at.ecf@usdoj.gov Jul 22 2014 21:18:25
                 Office of the United States Trustee,    362 Richard Russell Building,    75 Spring Street, SW,
                 Atlanta, GA 30303-3315
18010696       +EDI: CINGMIDLAND.COM Jul 22 2014 20:38:00      AT&T Mobility II LLC,    % AT&T Services, Inc,
                 Karen Cavagnaro, Paralegal,    One AT&T Way, Room 3A104,    Bedminster, NJ 07921-2693
18237105       +EDI: AFNIRECOVERY.COM Jul 22 2014 20:43:00      Afni, Inc,    PO Box 3667,
                 Bloomington, IL 61702-3667
18050418        EDI: AIS.COM Jul 22 2014 20:43:00      American InfoSource LP as agent for,    Midland Funding LLC,
                 PO Box 268941,    Oklahoma City, OK  73126-8941
17994321       +E-mail/Text: updates@brennanclark.com Jul 22 2014 21:19:30      BRENNAN & CLARK LTD,
                 721 E MADISON ST,    VILLA PARK, IL 60181-3083
18162994       +E-mail/Text: credit7@entergy.com Jul 22 2014 21:16:38      Entergy Louisiana, LLC,    P O Box 6008,
                 L JEF 359,    New Orleans LA 70174-6008
17994324       +EDI: FORD.COM Jul 22 2014 20:38:00      Ford Motor Credit Corporation,    FORD MOTOR CREDIT,
                 PO BOX 6275,    DEARBORN, MI 48121-6275
17994327       +EDI: MID8.COM Jul 22 2014 20:43:00      MIDLAND FUNDING,    8875 AERO DR STE 200,
                 SAN DIEGO, CA 92123-2255
18271909        E-mail/Text: bkdepartment@rtresolutions.com Jul 22 2014 21:19:06      Real Time Resolutions, Inc.,
                 1349 Empire Central Drive, Suite #150,    PO Box 36655,    Dallas, Texas 75247-4029
17994329       +E-mail/Text: bkdepartment@rtresolutions.com Jul 22 2014 21:19:06      REAL TIME RESOLUTIONS INC,
                 PO BOX 35888,    Dallas, TX 75235-0888
                                                                                               TOTAL: 12
```

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
17994326         KOMPANY INC
17994330         RND CONSULTING
aty*           +Adam M. Goodman,    Adam M. Goodman, 13 Trustee,    Suite 200,    260 Peachtree Street,
                 Atlanta, GA 30303-1236
aty*           +Adam M. Goodman,    Adam M. Goodman, 13 Trustee,    Suite 200,    260 Peachtree Street,
                 Atlanta, GA 30303-1236
                                                                                               TOTALS: 2, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 24, 2014                              Signature:  /s/Joseph Speetjens

```
District/off: 113E-9          User: asb              Page 2 of 2              Date Rcvd: Jul 22, 2014
                              Form ID: b9a           Total Noticed: 25
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 21, 2014 at the address(es) listed below:
              Adam M. Goodman    cdsummary@13trusteeatlanta.com;cdbackup@13trusteeatlanta.com
              Adam M. Goodman    on behalf of Trustee Adam M. Goodman
               cdsummary@13trusteeatlanta.com;cdbackup@13trusteeatlanta.com
              Leonard R. Medley, III    on behalf of Debtor Kevin  Edwards leonard@mkalaw.com
              Office of the United States Trustee    ustpregion21.at.ecf@usdoj.gov
              Paul J. Morochnik    on behalf of Creditor    Credit Union of Atlanta paul@wzlegal.com,
               carol@wzlegal.com
              Robert  Trauner    GA03@ecfcbis.com
                                                                                            TOTAL: 6
```